9-11-2021

I Stephanie Lynn Music Cantrell + Johnathan Mathew Conley
aka Marshall Mathers
Known as SLIM SHADY
EMINEM

Eastern District of Kentucky
FILED
SEP 01 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Plaintiff
Stephanie Lynn Music Cantrell
Johnathan Mathew Conley
 Known as Marshall Mathers
          VS.     AKA SLIM SHADY

Defendant(s)
1. Donald Trump
   Trump Tower
   725 5th Ave
   NY, NY 10022
2. Bill and Hilary Clinton
   15 Old house lane
   Chappaqua, NY 10514
3. George W. Bush
   2943 SMU Blvd Dallas, TX 75205
4. Mike Endicott DA of Paintsville, Ky
   225 Court St. P.O Box 181 41240

complaint

Rape, murder, incest, extortion

Plaintiff
Stephanie Lynn Music AKA SLIM SHADY
Johnathan Mathew Conley AKA Marshall Mathers
VS.

Police Chief
- Mike Rowe Paintsville Police Department
- Officer Haney

Judge John David Preston   Paintsville, Ky
Kim Osborne Law Offices Paintsville, Ky
Tim and Natalie Elkins   Paintsville, Ky

Walmart Vision Center
470 N. Mayo Trail
Paintsville, Ky 41240

Jackson Homeless Shelter
3770 Highway 15 S. Jackson Ky

Dr. Allen Dental Center
30 E. Court St. Prestonsburg, Ky 41653

Tropical Island Tanning & Gym
704 Broadway St Ste1
Paintsville, Ky 41240

MT Liqours 517 Euclid Ave
Paintsville, Ky 41240

UK Hospital
1000 S Limestone
University of Kentucky
Lexington, Ky 40536

Johnson Central Highschool
257 N. Mayo Trl. Paintsville, Ky 41240

Highlands Vet Clinic
    Jennifer Lee Music
1979 Ky Route 40 E
Paintsville, Ky 41240

Mountain Center for recovery & Hope
    - Christopher Mullins
    - Seth Myer
140 Landing Lane
Prestonsburg, Ky 41653

William Joe Cantrell
179 Eudell Br
Flatgap, Ky 41250

Johnson Co. Sheriffs Office
339 Main St.
Paintsville, Ky 41240

Giovanni's 261 Court st. Paintsville Ky 41240

Hazard Phyc Ward
Dayz Inn Paintsville

※ J.R. Frisby       (40 missing bodies from
                     Kentucky hangn in
606 793-0453         his refridgerated Morgue)

P.O Box 868
230 Court st. Suite 201

---

Snoop   Serious Pimp Records LTD
        DOGG POUND
22622 Lambert st. Ste 307
Lake Forest, CA 92630

Kid Rock
221 Broadway Nashville, TN

Metallica    CLUB 369-B Third St
             PMB #194
             San RafAel, CA
             94-901.3573

- Jay Z   Jason Masterson
- Beyonce Knowles
  825 8th Ave New York, NY
  9348 Civic Center Dr Bev hills CA 90210
     rockafella, rocknation, Def Jam Records, Island Rec, republic records, cash money rec, universal music group, XO, Atlantic records, Columbia records
- Kanye West   Kevin Masterson
  9336 Civic Center Dr. Beverly Hills, CA 90210
- Sean Combs AKA P. DIDDY  AKA BAD BOY
  1440 Broadway 16th floor, NY NY 10018
- Lil Wayne   Dwayne Michael Carter   Cash $ Records
  100 James Dr. W Suite 130 St. Rose, LA 70087
- Public Enemy AKA FLAVA FLAV  Carlton Ridenhour
    def jam, sony, Columbia, P.O Box 726 Freeport, NY
                                                         11520
- WU TANG   hardcore hiphop, eastcoast, method man
  EASTCOAST UNIVERSAL
  1051 Castleton Ave
  P.O Box 18918
  Straten Island, NY 10310

- Ice Cube   Shea Jackson SR
  Prospect Park Man Ltd
  2049 Century Park East
  Suite 2550   Century City, CA 90067

exhibit
200 Park Ave. S.
Suite 1408  New York, NY 10003  USA

Pantera International P.O Box 920
Ventura, CA 93002

Ice Tea  8383 Wilshire Blvd suite 1000
Beverly Hills CA 90211

Five Finger Death Punch
Spark Art Group Inc P.O Box 12306
Oakland, CA 94604

Fred Durst AKA Limp Bizkit
9000 Sunset Blvd. Suite 525
Los Angeles, CA 90069

Royce Da 5'9
Skylar Grey
Joell Ortiz
Don Oliver
Anderson. Paak
Younge MA

```
  120
 ×  9
 ─────
 9/8 0
```

Brenda Fields
184 Eudell Br
Flat Gap, Ky 41250

Bill Cantrell
184 Eudell Br
Flat Gap, Ky 41250

Wilma's Resturant
212 Court St.
Paintsville, Ky 41240

Federal Government FBI
131 Summit Dr. #308
Pikeville, Ky 41501

330 W. Broadway St.
Frankfort, Ky 40601

Nick Cannon
15250 Ventura Blvd. Suite 710
Sherman Oaks, CA 91403-3219

Mariah Carey
United Talent Agency
9336 Civic Center Dr.
Beverly Hills, CA 90210-3604

9-1-2021

Plaintiff: Stephanie Lynn Music Cantrell

vs

Defendant:(s)
- Andre Romelle Young   D.O.B 2·18·1965
- 8600 Hayden Place
Culver City CA 90232
- Crucial Films
2220 Colorado Blvd F15
Santa Monica CA 90404

- King Crook
Virgin Records Era
Death Row Second Dynasty

- Rhianna AKA Eunica Harris
- ELLE US/CORPORATION LIMITED
COMPANY # 850223
LEVEL 4 BOSTON Rd
Mt Eden Auckland, 1023

- 1271 Ave of the America's 41st Floor
New York, New York 10020
CEO David Carey, Troy Younge, Nark Aklam

Fenty Beauty
425 Market St. FL 19
San Francisco, CA
94105   US   855 440-7474

LVMH Moet Hennessy Louis Vuitton Inc
dun 8 brad st.   NY, NY

Savage x Fenty
425 Market St FL 19
San Francisco, CA 94105-2425
(855) 440-7474

- Mariah Carey          Grand Larceny
- Nick Cannon                 rape
                              murder

Slim Shady v.s
- Mike Endicott DA                rape
225 Court St
P.O Box 181
Paintsville, Ky 41240

Patty Wells Hitchcock     Rape Murder Incest
Jerry Bruce Burke Conley  Rape Murder Incest

Plaintiff Stephanie Music

vs.

Defendants:
c attached

all accused of
Rape, Murder, extortion, Canabelism
grand Larceny, child sex slavery

Stephanie L. Music
505 Old mans ct
Lexington, Ky 40517

9-1-21